UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | |
|---|---|
| NANCY AVILA, <br><br> Plaintiff, <br><br> v. <br><br> STATE FARM GROUP MEDICAL PLAN, et al., <br><br> Defendants. | No. CV 09-02516-VBK <br><br> ORDER TO SHOW CAUSE |

The Court has reviewed its own files and records and notes that Plaintiff has failed to serve the Summons and Complaint in the within action pursuant to Federal Rule of Civil Procedure 4(m) within 120 days of April 10, 2009, the filing date of Plaintiff's Complaint.

Accordingly, within 20 days of the date of this Order, Plaintiff is **ORDERED TO SHOW CAUSE**, in writing, why this case should not be dismissed for lack of prosecution.

DATED: 8/25/2009

VICTOR B. KENTON
UNITED STATES MAGISTRATE JUDGE